**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6667

HAROLD GREEN MCKINNON,

Plaintiff - Appellant,

versus

FEDERAL BUREAU OF PRISONS; WARDEN, Estill
Federal Correctional Institution,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Margaret B. Seymour, District Judge.
(CA-03-3516-0)

Submitted:  September 29, 2005      Decided:  October 6, 2005

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Harold Green McKinnon, Appellant Pro Se.  Barbara Murcier Bowens,
OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Harold G. McKinnon appeals the district court's orders denying relief in his action filed pursuant to the Federal Tort Claims Act and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>McKinnon v. Federal Bureau of Prisons</u>, No. CA-03-3516-0 (D.S.C. Mar. 3 & Apr. 6, 2005). We deny McKinnon's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>